IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Lashon Alvin Ladson,<br><br>PETITIONER<br><br>v.<br><br>United States of America,<br><br>RESPONDENT | Crim. No. 4:09-cr-00226-TLW<br>C/A No. 4:14-cv-02519-TLW<br><br><br>**Order** |

The Court previously entered an order holding this case in abeyance pending the Fourth Circuit's *en banc* review of the panel decision in *Whiteside v. United States*, 748 F.3d 541 (4th Cir. 2014). ECF No. 49. The Fourth Circuit has now issued its *en banc* opinion in the case. *Whiteside v. United States*, ___ F.3d ___, 2014 WL 7245453 (4th Cir. 2014) (en banc). According, the abeyance order is now lifted. The Government is directed to file its response to Petitioner's § 2255 motion, ECF No. 48, within 30 days of the date of this order.

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

January 12, 2015
Columbia, South Carolina

1